DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**8811 CWELT-2008 LLC,**
Appellant,

v.

**THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR CERTIFICATEHOLDERS OF CWABS INC, ASSET-BACKED CERTIFICATES, SERIES 2007-5 ET AL.,**
Appellee.

No. 4D19-3614

[February 25, 2021]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Barry J. Stone, Senior Judge; L.T. Case No. CACE 14013685.

Rachel M. Coe of Polaris Legal Group, Pompano Beach, for appellant.

Dariel Abrahamy of Greenspoon Marder LLP, Boca Raton, for appellee.

PER CURIAM.

*Affirmed.*

LEVINE, C.J., GROSS and ARTAU, JJ., concur.

\*        \*        \*

***Not final until disposition of timely filed motion for rehearing.***